FILED: July 2, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-6326
(5:08-hc-02182-MU-JG)

_____

UNITED STATES OF AMERICA

    Petitioner - Appellee

v.

RICHARD SAVAGE

    Respondent - Appellant

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 1380 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk